NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1315

PRISM TECHNOLOGIES LLC,

Plaintiff-Appellant,

v.

VERISIGN, INC.,

Defendant-Appellee,

.

and

RSA SECURITY, INC.,

Defendant-Appellee,

and

NETEGRITY, INC.
and COMPUTER ASSOCIATES INTERNATIONAL, INC.,

Defendants-Appellees,

and

JOHNSON & JOHNSON SERVICES, INC.,

Defendant-Appellee.

David P. Swenson, Robins, Kaplan, Miller & Ciresi L.L.P, of Minneapolis, Minnesota, argued for plaintiff-appellant.  With him on the brief were Ronald J. Schutz, Aziz Burgy, and Christopher J. Kuhlman.

John M. DiMatteo, Willkie Farr & Gallagher, LLP, of New York, New York, argued for all defendants-appellees.  With him on the brief for defendant-appellee Johnson & Johnson Services, Inc. were Steven H. Reisberg and Leslie M. Spencer.   On the brief for defendant-appellee Verisign, Inc. were Frank C. Cimino, Jr. and Daniel E. Yonan, Akin Gump Strauss Hauer & Feld, LLP, of Washington, DC, and Jason A. Snyderman and John D. Simmons, of Philadelphia, Pennsylvania.  On the brief for defendant-appellee RSA Security, Inc. were Mark D Selwyn, Wilmer Cutler Pickering Hale and

Dorr LLP, of Palo Alto, California, and <u>William F. Lee</u>, <u>David B. Bassett</u>, <u>Donald R. Steinberg</u>, and <u>Gregory P. Teran</u>, of Boston, Massachusetts. On the brief for defendants-appellees, Netegrity, Inc., et al, were <u>David M. Schlitz</u>, Baker Botts LLP, of Washington, DC, and <u>Samir A. Bhavsar</u> and <u>Jeffrey D. Baxter</u>, of Dallas, Texas.

Appealed from:  United States District Court for the District of Delaware

Judge Joseph J. Farnan, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1315

PRISM TECHNOLOGIES LLC,

Plaintiff-Appellant,

v.

VERISIGN, INC.,

Defendant-Appellee,

and

RSA SECURITY, INC.,

Defendant-Appellee,

and

NETEGRITY, INC.
and COMPUTER ASSOCIATES INTERNATIONAL, INC.,

Defendants-Appellees,

and

JOHNSON & JOHNSON SERVICES, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the  UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

In CASE NO(S).  05-CV-214.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, BRYSON and GAJARSA, <u>Circuit Judges</u>):


<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED: _February 6, 2008_____        / s /   _Jan Horbaly_____
                                     Jan Horbaly, Clerk